UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID D. RAMAGE,

    Petitioner,

v.                                        Case No. 19-C-846

WARDEN MEISNER,

    Respondent.

**ORDER**

In June 2019, David D. Ramage filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that he is being unlawfully held in Redgranite Correctional Institution in violation of the Constitution. The form of Ramage's petition is improper, and it does not contain the information necessary for the court to screen the petition under Rule 4 of the Rules Governing § 2254 Cases, such as proof of exhaustion of state court remedies. Rule 2(d) of the Rules Governing § 2254 Cases requires that a petition "substantially follow either the form appended to these rules or a form prescribed by a local district-court rule." Ramage must comply with this rule.

**IT IS THEREFORE ORDERED** that the Clerk is directed to enclose with this order a copy of this court's form for petitions brought under § 2254. Ramage must complete the enclosed form in its entirety and file the completed form on or before August 2, 2019. Ramage is advised that failure to comply with an order of the court or to otherwise diligently prosecute the case may result in dismissal of this action.

Dated this  3rd  day of July, 2019.

                                           s/ William C. Griesbach
                                           William C. Griesbach, Chief Judge
                                           United States District Court