UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID RAMAGE,

      Petitioner,

v.                                                           Case No. 19-C-846

WARDEN MEISNER,

      Respondent.

## ORDER OF DISMISSAL

Petitioner David Ramage, an inmate currently confined in Redgranite Correctional Institution, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. By order dated July 3, 2019, the court directed Ramage to complete this court's form for petitions brought under § 2254 in compliance with Rule 2(d) of the Rules Governing § 2254 Cases. Dkt. No. 6. The court ordered that Ramage file the completed form on or before August 2, 2019. *Id.* Ramage was advised that failure to comply with the court's order or to otherwise diligently prosecute the case may result in dismissal of this action. *Id.* To date, Ramage has neither filed the completed form nor advised why he is unable to do so. Given Ramage's failure to comply with this court's order and to diligently prosecute this case, his petition is dismissed without prejudice. *See* Civil L.R. 41(c). The Clerk is directed to enter judgment accordingly.

      **SO ORDERED** this  9th  day of August, 2019.

                                                    s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court